# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CYNTHIA HALL,

    Plaintiff,

v.

MORTGAGEIT, INC., *et al.*,

    Defendants.

Case No. 2:11-CV-02051-KJD-CWH

**ORDER**

    Before the Court is Defendant Mortgageit, Inc.'s Motion to Dismiss (#23). Also before the Court is Defendant Chicago Title's Motion to Dismiss (#26). Plaintiff has not filed an opposition to either of these Motions.

    Pursuant to Local Rule 7-2(b), any Response and/or Opposition to these Motions to Dismiss was required to be filed with the Court and served within fourteen days after service of the Motion. No Response and/or Opposition has been filed by Plaintiff regarding this matter. Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion. Defendants' Motions appear to be supported by good cause.

Accordingly, **IT IS HEREBY ORDERED**, Defendant Mortgageit, Inc.'s Motion to Dismiss (#23)is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Chicago Title's Motion to Dismiss (#26) is **GRANTED**.

DATED this 28th day of February 2012.

_____
Kent J. Dawson
United States District Judge